JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANCE M. WEBERMAN, A PROFESSIONAL LAW CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NOBLE COLLECTION, dba NOVEL COLLECTION, and SHAUL COHEN, and Does 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-05230-AB-AJR<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if the settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  July 11, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.